# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-4157

_____

Filed: December 06, 2012

MARK C. FILING

    Plaintiff - Appellant

v.

WILLIAM L. PHIPPS; CHARLES E. ZUMKEHR; J. MARTIN ERBAUGH; JAMES R. BLOMBERG

    Defendants - Appellees          `5:07cv1712 SL`

## MANDATE

Pursuant to the court's disposition that was filed 10/23/2012 the mandate for this case hereby issues today.   `Affirmed`

COSTS: None